O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLA ARTURA DRENDEL,<br><br>            Plaintiff,<br><br>      v.<br><br>REAL TIME RESOLUTIONS INC. and DOES 1-20, inclusive,<br><br>            Defendants. | Case No.: 2:23-cv-02736-MEMF-JC<br><br>**ORDER GRANTING MOTION TO WITHDRAW COUNSEL [ECF NO. 53]** |

Before the Court is Safora Nowrouzi's Motion for Leave to Withdraw as Counsel for Plaintiff Darla Artura Drendel. For the reasons set forth below, the Court GRANTS the Motion.

**I.     Background**

On November 15, 2024, Safora Nowrouzi of Vortex Law Group, counsel for the Plaintiff Darla Artura Drendel, filed the instant Motion to Withdraw as Counsel requesting withdrawal as counsel. ECF No. 53 (the "Motion"). The Court advanced the hearing date to the date of the pending Motion for Summary Judgment (ECF No. 51), and ordered that Drendel be personally present at the hearing. ECF No. 57. The Court held a hearing on both the Motion for Summary Judgment and the Motion to Withdraw on December 5, 2024. Counsel for both Drendel and Defendant Real Time

Resolutions Inc. ("RTR") were present at the hearing. Drendel failed to appear.

## II. Positions of the Parties

The parties stated the following positions at the hearing after a colloquy with the Court—RTR did not object to the withdrawal of counsel, and counsel for Drendel explained in camera the basis of the Motion.

Counsel advised the Court that she had informed Drendel of the Court's order that she personally appear at the hearing, and represented that Drendel had sufficient notice and had inquired about submitting a request for remote appearance.

## III. Discussion

The Court finds good cause for the withdrawal based on the reasons shared by counsel at the hearing.

## IV. Conclusion

The Court GRANTS the Motion for Leave to Withdraw as Counsel and ORDERS as follows:

1. Nowrouzi and her firm shall comply with all of the requirements of the California Rules of Professional Conduct with respect to this withdrawal;
2. Drendel is directed to file a Status Report within thirty (30) days of this Order advising the Court whether she plans to proceed with this litigation, and if so, if she plans to proceed pro se or obtain new counsel;
3. Failure to timely file this Status Report will result in this matter being dismissed for failure to prosecute without further notice;
4. Nowrouzi and her firm shall, consistent with the applicable California Rules of Professional Conduct, direct Drendel to appropriate resources and guidance for obtaining new counsel; and
5. Nowrouzi and her firm shall provide notice of this Order to Drendel and file proof within seven (7) days of this Order.

Drendel is advised that if they choose to proceed without an attorney, the Court will hold them to the same standards of conduct to which it holds attorneys, and does not exempt them from compliance with the Federal Rules of Civil Procedure or the Local Rules. *See* Local Rules 1-3 and

83-2.2.3. Appreciating the challenges which may come with self-representation, however, the Court directs Drendel to the following resources for guidance if they choose to proceed without an attorney:

- General information on how parties may represent themselves in civil cases in the Central District of California can be found at https://prose.cacd.uscourts.gov/.
- Local Civil Rules for the Central District of California can be found at http://www.cacd.uscourts.gov/court-procedures/local-rules.
- Federal Rules of Civil Procedure can be found at https://www.law.cornell.edu/rules/frcp.
- Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic). *Pro se* litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.
- Public Counsel also has extensive resources for *pro se* litigants at its website located at https://publiccounsel.org/services/federal-court/.
- The Court is also informed that the LA Law Library, located across the street from the First Street Courthouse at 301 W. First Street, Los Angeles, CA 90012, also has extensive resources for *pro se* litigants. The LA Law Library can be reached via email at reference@lalawlibrary.org, or via telephone at (213) 785-2513.

IT IS SO ORDERED.

Dated: December 9, 2024

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge